BLAND v. CITY OF WILMINGTON

No. 64 PC.

Case below: 10 N.C. App. 163.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 2 February 1971.

DAVIS v. PEACOCK

No. 2 PC.

Case below: 10 N.C. App. 256.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 9 February 1971.

DOTSON v. CHEMICAL CORP.

No. 62 PC.

Case below: 10 N.C. App. 123.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 2 February, 1971.

FARR v. CITY OF ROCKY MOUNT

No. 66 PC.

Case below: 10 N.C. App. 128.

Petition for writ of *certiorari* to North Carolina Court of Appeal denied 2 February 1971.

IN RE ALSTON

No. 21.

Case below: 10 N.C. App. 46.

Motion to dismiss the appeal for lack of substantial constitution question allowed 29 January 1971.